**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6502**

DEMETRIUS L. GREEN,

                    Plaintiff - Appellant,

          v.

MS. CAPERS, Jail Administrator; MR. BROOKS, Jail Guard; MS. ELMORE, Jail
Guard,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Anderson.  David C. Norton, District Judge.  (8:16-cv-00126-DCN-JDA)

Submitted:  June 22, 2017                           Decided:  June 27, 2017

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Demetrius L. Green, Appellant Pro Se.  Michelle Parsons Kelley, RICHARDSON
PLOWDEN, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius L. Green seeks to appeal the district court's order adopting in part and rejecting in part the magistrate judge's recommendation, granting in part and denying in part Defendants' motion for summary judgment, and remanding the matter to the magistrate judge for further discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Green seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny as moot Green's motion for extension of time to file an informal reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*